IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| MONTECA D. STRANGE,<br><br>    Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ROBERT GILMORE,<br><br>    Defendants, | 2:16-CV-00407-CRE |

**ORDER**

AND NOW, this 7th day of February, 2017, it is hereby ORDERED, pursuant to this Court's Memorandum Opinion, that Defendants' motion to dismiss (ECF No. 13) is GRANTED and Plaintiff's complaint is dismissed with prejudice.

BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge

cc: MONTECA D. STRANGE
HW-9945
SCI Waymart
PO BOX 256
Waymart, PA 18472
(via U.S. First Class Mail)

all registered counsel via CM-ECF